| | |
|---|---|
| 1 | DAVE M. McGRAW (State Bar No. 86389) |
| 2 | PATRICK K. McCLELLAN (State Bar No. 77352) |
|   | LAW OFFICES OF DAVE M. McGRAW |
| 3 | A Professional Corporation |
|   | 2890 North Main Street, Suite 307 |
| 4 | Walnut Creek, California 94597-2738 |
| 5 | (925) 944-0206 |
| 6 | Attorneys for Movant |
|   | WACHOVIA MORTGAGE, FSB |
| 7 | fka: World Savings Bank, FSB, its successors and/or assigns |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 09-12558 |
|---|---|---|
| | ) | Chapter 7 |
| ROSA M. REYNOSO, | ) | R.S. No. DMM-15406 |
| aka: Rosa M. G. Reynoso | ) | **First Deed: 5751 Ambush Ridge Drive** |
| | ) | |
| | ) | MOTION FOR RELIEF FROM STAY |
| | ) | (Rule 4001) |
| | ) | |
| Debtor. | ) | Date: November 12, 2009 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Alan Jaroslovsky |
| | ) | Ctrm: The Courtroom |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 99 South E Street, Santa Rosa, CA |

TO THE COURT AND TO ALL INTERESTED PARTIES:

WACHOVIA MORTGAGE, FSB, will and hereby does move the court for an order terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to exercise its lien enforcement rights under the deed of trust described in the accompanying declaration and for attorney's fees incurred herein.

Said motion is made on the grounds that debtor's estate has no realizable equity in said real property, that the property is not necessary for an effective reorganization of debtor herein, and that Movant is not adequately protected.

Motion For Relief From Stay
A:\CASE\REYNOSO\MOTION\NDct

1

Case: 09-12558    Doc# 13    Filed: 10/27/09    Entered: 10/27/09 13:31:21    Page 1 of 2

1  In addition, Movant specifically seeks to nullify the effect of Bankruptcy Rule 4001
(a)(3).

This motion is based on the papers and pleadings on file herein, the attached Declaration of Stephanie P. Gonzales in Support of Motion for Relief From Stay, which is incorporated herein by reference.

Dated: October 27, 2009              LAW OFFICES OF DAVE M. McGRAW

                                     /s/ Dave M. McGraw
                                     DAVE M. McGRAW
                                     Attorneys for Movant