

**Signed: December 03, 2009**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  DAVE M. McGRAW
   (State Bar No. 86389)
2  PATRICK K. McCLELLAN
   (State Bar No. 77352)
3  LAW OFFICES OF
4  DAVE M. McGRAW
   A Professional Corporation
5  2890 North Main Street, Suite 307
   Walnut Creek, California 94597
6  (925) 944-0206
7
   Attorneys for Movant
8  WACHOVIA MORTGAGE, FSB
   fka: World Savings Bank, FSB, its successors and/or assigns
9

10                UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  In re                          )   Case No. 09-12558
                                   )   Chapter 7
13  ROSA M. REYNOSO,               )   R.S. No. DMM-15406
14  aka: Rosa M. G. Reynoso        )   **First Deed: 5751 Ambush Ridge Drive**
                                   )   ORDER TERMINATING
15                                 )   AUTOMATIC STAY
                                   )
16                                 )
                                   )   Date:  November 12, 2009
17          Debtor.                )   Time:  9:00 a.m.
                                   )   Judge: Alan Jaroslovsky
18                                 )   Ctrm:  The Courtroom
                                   )   Place: U.S. Bankruptcy Court
19  _____)          99 South E. Street, Santa Rosa, CA

20       The motion of WACHOVIA MORTGAGE, FSB ("Movant"), for relief from the
21  automatic stay came on regularly for hearing on November 12, 2009, before the Honorable
22  ALAN JAROSLOVSKY.
23
24       Movant appeared through counsel, DAVE M. McGRAW, of the LAW OFFICES OF
25  DAVE M. McGRAW. Debtor failed to appear either personally or through counsel, LINDA S.
26  GREEN. The Trustee, TIMOTHY W. HOFFMAN, was duly served but failed to appear or file
27  any responsive pleading.
28

C:\ORDERS\REYNOSO\OTS/lngND

The Court, having duly considered the papers and pleadings on file herein, and being fully advised therein and finding good cause therefor;

IT IS ORDERED that as to the real property located in the County of Washoe, commonly known as 5751 Ambush Ridge Drive, Sparks, Nevada, and particularly described as follows:

> LOT 2147 OF WINGFIELD SPRINGS UNIT TWENTY-ONE-A, ACCORDING TO THE MAP THEREOF NO. 3805, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON FEBRUARY 22, 2000 AS DOCUMENT NO. 2424013 OF OFFICIAL RECORDS.

the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated as to Movant only.

IT IS FURTHER ORDERED that Movant is no longer restrained from initiating, proceeding with, and completing its lien enforcement rights under the terms of Movant's Deed of Trust encumbering said real property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

*## END OF ORDER.##*